1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                            NORTHERN DISTRICT OF CALIFORNIA

10    TOKIO MARINE AMERICA               )    Case No.: 3:17-cv-05632-JST
      INSURANCE COMPANY;                 )
11                                       )    [PROPOSED] ORDER GRANTING JOINT
                                         )    STIPULATION TO DISMISS ACTION
12                   Plaintiff,          )    WITH PREJUDICE PURSUANT TO FRCP
                                         )    41(a)(1)(A)(ii)
13                                       )    _____
            v.                           )
14                                       )
                                         )
15    WESTERN OVERSEAS CORPORATION, )
      WESTERN OVERSEAS (HK) LIMITED; )
16    and SEAHORSE CONTAINER LINES, )
      INC.;                              )
17                                       )
                     Defendants.         )
18    _____)
                                         )
19    WESTERN OVERSEAS CORPORATION; )
      WESTERN OVERSEAS (HK) LIMITED; )
20    and SEAHORSE CONTAINER LINES, )
      INC.;                              )
21                                       )
                                         )
22              Third-Party Plaintiffs,  )
                                         )
23    EVERGREEN SHIPPING AGENCY          )
      (AMERICA) CORPORATION,             )
24    EVERGREEN MARINE (SINGAPORE) )
      PTE LTD., and EVERGREEN            )
25    SHIPPING AGENCY (THAILAND) CO., )
      LTD.                               )
26                                       )
                Third-Party Defendants.  )
27    _____)    Complaint Filed: September 28, 2017

28

1    The Court, having considered the Joint Stipulation to Dismiss Action with Prejudice

2 Pursuant to FRCP 41 (a)(1)(A)(ii) hereby dismisses the action.

3

4   **IT IS SO ORDERED.**

5

6

7 Dated: March 7   , 2018                 

8                  Honorable Jon S. Tigar
U.S. District Court Judge
UNITED STATES DISTRICT COURT of

9                  CALIFORNIA

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28